387 A.2d 108

Commonwealth v. Minnich, Appellant.

Argued December 8, 1977. Wiley P. Parker, Assistant Public Defender, for appellant; David J. Brightbill, Assistant District Attorney, with him George E. Christianson, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.